FILED
2018 JUN 20  AM 10: 52
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE |
| v. ) | 5:18 CR 319 |
| ) | |
| MIGUEL SANCHEZ-CETO, ) | CASE NO. _____ |
| ) | Title 8, Section 1326, |
| Defendant. ) | United States Code |

JUDGE GWIN

COUNT 1
(Illegal Re-entry, in violation of 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant MIGUEL SANCHEZ-CETO is an alien and citizen of Guatemala, who was previously removed from the United States on the following date:

   a. On or about August 18, 2009, Defendant was found in the United States and was removed to Guatemala.

2. On or about May 21, 2018, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, having not previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and (557)), to apply for readmission into the United States, in violation of Title 8, Section 1326, United States Code.

A TRUE BILL.

Original Document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.